

# U.S. Department of Justice

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*970 Broad Street, Suite 700     Direct Dial: (973) 645-2880*
*Newark, New Jersey 07102     Robert.Nuse@usdoj.gov*

*Robert Nuse*
*Assistant United States Attorney*

May 1, 2026

**Via Electronic Filing**
Hon. Claire C. Cecchi, U.S.D.J.
United States District Court
MLK Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

> **Re:** ***Cesar Urena v. Tsoukaris, et al.*, No. 26-cv-4152 (CCC)**
> **Petitioner's Bond Hearing Before an Immigration Judge**

Dear Judge Cecchi:

This Office represents Respondents in this habeas matter. In accordance with Your Honor's April 23, 2026 Order, ECF No. 3, we respectfully write to inform the Court that on April 30, 2026, the Elizabeth Immigration Court conducted a custody redetermination hearing concerning Petitioner. The Immigration Court released Petitioner from custody on a $10,000 bond. Ex. A at 1. We therefore respectfully request that the Court close this matter.

Thank you very much for your consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

In light of Petitioner's release, the Clerk's Office is directed to close this matter.

SO ORDERED

By:     *s/ Robert Nuse*
ROBERT NUSE
Assistant United States Attorney
*Attorneys for Respondents*

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date:    7/16/2026